**FURGANG & ADWAR, L.L.P.**
Philip Furgang (PF-5654)
Stephanie Furgang Adwar (SA-1711)
CenterRock East
2 Crosfield Avenue
Suite 210
West Nyack, New York 10994
Tel: 845-353-1818

**10 MISC 0020**

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
IN RE SA INTERNATIONAL INC.,

        Applicant,

-against-

GOOGLE, INC.

        Respondent.
-----------------------------------------------------------------X

**REQUEST FOR IDENTITY
OF INFRINGERS
PURSUANT TO
17 U.S.C. § 512(h)**

I, Philip Furgang, do affirm that:

1. I am an attorney at law, admitted to the bar of the State of New and a member of Furgang & Adwar, L.L.P. I make this affirmation upon my personal knowledge.

2. I make this Request on behalf of and as agent for SA International Inc. pursuant to 15 U.S.C. § 512(h).

3. Attached hereto as Exhibit A is a statement pursuant to 17 U.S.C. § 512(c)(3)(A) previously served upon Google, Inc.

4. Attached hereto as Exhibit B is Google, Inc.'s response to this Notice, removing from their service seven alleged copyright infringers.

-1-

5.  Attached hereto as Exhibit C is a proposed subpoena to be served upon Google, Inc., upon which are listed the seven alleged infringers.

6.  The purpose for which the subpoena is sought is to obtain the identities of the alleged infringers set forth in the Notice (Exhibit A) and identified again in the Subpoena (Exhibit C) and that such information will only be used for the purpose of protecting rights under 17 U.S.C.

I declare under penalty of perjury under
the laws of the United States of America
that the foregoing is true and correct.

                                                          Philip Furgang (PF-5654)

December 23, 2010